No. 78–6588.   HELTON *v.* UNITED STATES.   C. A. 7th Cir. Certiorari denied.

No. 78–6590.   HOWELL *v.* UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 78–1237.   CROATAN BOOKS, INC. *v.* VIRGINIA.   Sup. Ct. Va.   Certiorari denied.   MR. JUSTICE BRENNAN, MR. JUSTICE STEWART, and MR. JUSTICE MARSHALL would grant certiorari and reverse the conviction.

No. 78–1238.   CROATAN BOOKS, INC. *v.* VIRGINIA.   Sup. Ct. Va.   Certiorari denied.   MR. JUSTICE BRENNAN, MR. JUSTICE STEWART, and MR. JUSTICE MARSHALL would grant certiorari and reverse the conviction.

No. 78–1271.   NORTH CAROLINA *v.* ASHE ET AL.   C. A. 4th Cir.   Motion of respondents for leave to proceed *in forma pauperis* granted.   Certiorari denied.

No. 78–1343.   BEAUBOUEF ET AL. *v.* MITCHELL ET AL.   C. A. 5th Cir.   Motion of respondent Arthur Mitchell for leave to proceed *in forma pauperis* granted.   Certiorari denied.

No. 78–1380.   PEARY, AKA PEAY *v.* CONNECTICUT.   Sup. Ct. Conn.   Certiorari denied.

MR. JUSTICE MARSHALL, dissenting.

Petitioner challenges the admission into evidence of a partially masked mug shot.   In my view, displaying to the jury a mug shot of a criminal defendant creates the same potential for prejudice as forcing him to stand trial in prison attire. See *Estelle* v. *Williams,* 425 U. S. 501, 503–506 (1976).   Particularly since the Connecticut Supreme Court conceded that the mug shot of petitioner was of "limited probative value," its use at trial raises substantial questions under the Sixth and